**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2023-CA-1319

Le Reve Bocage, LLC

- - Versus - -

Hurricane Work, LLC

23rd Judicial District Court
Case #: 136299
Ascension Parish

On Application for Rehearing filed on   10/10/2024 by Hurricane Work, LLC

Rehearing _____ denied _____

_____
Page / McClendon

_____
Jewel E. "Duke" Welch, Jr.

_____
Walter I. Lanier, III

Date   NOV 2 1 2024
_____

Rodd Naquin, Clerk